IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Dr. Penny M. Wilkie, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| The Department of Health and Human Services, | ) | Case No. 4:07-cv-027 |
| | ) | |
| Defendant. | ) | |

On January 11, 2008, Defendant filed a Motion for Extension fo Scheduling Deadlines. Attached to the motion was a Stipulation to Extend Deadlines executed by both parties.

The court **GRANTS** the Government's Motion, **ADOPTS** the parties stipulation, and **ORDERS** that the scheduling deadlines be amended is follows:

1. Plaintiff shall have until April 15, 2008, to identify subject matter/discipline of expert witnesses.

2. Parties shall have until April 30, 2008, to complete fact discovery and file discovery motions.

3. Defendant shall have until May 1, 2008, to identify subject matter/discipline of expert witnesses.

4. Plaintiff shall provide names of expert witnesses and complete reports under Rule 26(a)(2) by May 30, 2008.

5. Defendant shall provide names of expert witnesses and complete reports under Rule 26(a)(2) by June 30, 2008.

6. Discovery depositions of expert witnesses shall be completed by July 30, 2008.

The court **FURTHER ORDERS** that the settlement conference scheduled for February

21, 2008, be cancelled pending its ruling on Defendant's Motion to Dismiss.  If necessary, the

conference shall be rescheduled for a date to be determined.

     Dated this 14th day of January, 2008.

                                         */s/ Charles S. Miller, Jr.*
                                         Charles S. Miller, Jr., Magistrate Judge
                                         United States District Court